76425. MR. PRIDE OF ATLANTA, INC. et al. v.
METROPOLITAN PROPERTY & LIABILITY INSURANCE
COMPANY.
(378 SE2d 417)

BANKE, Presiding Judge.

The judgment previously entered by this court in this case, reported at 187 Ga. App. 737 (371 SE2d 211) (1988), having been reversed by the Supreme Court in *Metropolitan &c. Ins. Co. v. Mr. Pride of Atlanta*, 258 Ga. 770 (374 SE2d 82) (1988), said judgment is hereby vacated, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Carley, C. J., Deen, P. J., McMurray, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED JANUARY 18, 1989.

*Kent T. Stair, Douglas A. Wilde*, for appellants.
*W. Wray Eckl, Debra L. Mixon*, for appellee.